IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RHONDA L. WILLIS                                                                    PLAINTIFF

v.                                    Civil No. 4:11-cv-04030

MICHAEL J. ASTRUE                                                          DEFENDANT
Commissioner, Social Security Administration

## REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Before this Court is Plaintiff's Motion to Dismiss Without Prejudice.  ECF No. 10.  With

this Motion, Plaintiff seeks to have her complaint dismissed, and Defendant has no objections to this

request.  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff is entitled

to a voluntary dismissal if there is no objection by Defendant.  Further, under circumstances such

as these, a federal court is authorized to dismiss an action without prejudice where the plaintiff

requests such a dismissal.  FED. R. CIV. P. 41(a)(2).  Accordingly, this Court recommends Plaintiff's

Motion to Dismiss Without Prejudice (ECF No. 10) be **GRANTED**.

**The parties have fourteen (14) days from receipt of this Report and Recommendation**

**in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely**

**objections may result in waiver of the right to appeal questions of fact.  The parties are**

**reminded that objections must be both timely and specific to trigger *de novo* review by the**

**district court.  *See Thompson v. Nix*, 897 F.2d 356, 357 (8th Cir. 1990).**

**ENTERED this 13th day of October, 2011.**

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE