IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RONDA L. WILLIS                                                                                    PLAINTIFF

v.                                           Civil No. 4:11-cv-04030

MICHAEL J. ASTRUE                                                                           DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Now comes for consideration the Report and Recommendation dated October 13, 2011 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 11.  In this Report and Recommendation, Judge Bryant recommends Plaintiff's Motion to Dismiss Without Prejudice (ECF No. 10) be **GRANTED,** and Plaintiff's case be dismissed without prejudice**.**  Fourteen (14) days have passed without objections being filed by the parties.  The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety.  Accordingly, the Court hereby adopts the Report and Recommendation and dismisses Plaintiff's case without prejudice.

**IT IS SO ORDERED**, this 7th day of November, 2011.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge